**Order entered May 29, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01143-CV

**LAKEITH AMIR-SHARIF, Appellant**

**V.**

**QUICK TRIP CORPORATION, ET AL., Appellees**

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-09-13818-E**

## ORDER

The Court has before it appellant's May 24, 2013 motion for fifteen days additional time within which to file response to the appellees' original brief. The Court **GRANTS** the motion and **ORDERS** that any reply brief be filed by appellant by June 10, 2013.

/s/      ELIZABETH LANG-MIERS
         JUSTICE